JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| EASTERN OIL, INC., a California corporation,<br><br>            Plaintiff,<br><br>v.<br><br>EXXONMOBIL OIL CORPORATION, a New York corporation, EXXONMOBIL CORPORATION, a New Jersey corporation, CIRCLE K STORES INC., a Texas corporation and DOES 1 through 10, Inclusive,<br><br>            Defendants. | Case No. 12-CV-08864-PA-VBK<br><br>**ORDER GRANTING STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE**<br><br>Complaint Filed:  October 16, 2012<br><br>District Judge:   Hon. Percy Anderson<br>Dept:                  15<br><br>Magistrate:        Hon. Victor B. Kenton<br>Dept:                  590<br>Trial Date:         Not Set |

Case 2:12-cv-08864-PA-VBK   Document 14   Filed 08/07/13   Page 2 of 2   Page ID #:92

1  Having considered the Stipulation to Dismiss Entire Action With Prejudice by
2  and between the parties, the Court hereby orders this action to be dismissed with
3  prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  Each party
4  shall bear their own attorneys' fees and costs.

5

6  IT IS SO ORDERED.

7

8

9  Dated: August 7, 2013                    _____
                                            Hon. Percy Anderson
10                                          United States District Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2    Case No.  12-CV-08864-PA-VBK
[PROPOSED] ORDER GRANTING STIPULATION FOR DISMISSAL OF ENTIRE
ACTION WITH PREJUDICE